UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NORMAN CALDWELL,

                          Plaintiff,                  **STIPULATION AND ORDER**

v.

SDH EDUCATION WEST, LLC,                  Civil No.:  20-cv-1274 (GLS/DJS)

                          Defendant.

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to the above action that the time for Defendant SDH Education West, LLC to answer or otherwise respond to the Complaint in this action be, and the same hereby is, extended until and through November 25, 2020.

| | |
|---|---|
| Dated:  October 30, 2020 | Dated:  October 30, 2020 |
| FALLON LAW OFFICE | HARRIS BEACH PLLC |
| s/David A. Fallon | s/Daniel J. Moore |
| David A. Fallon, Esq. | Daniel J. Moore, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 1525 Western Avenue | 99 Garnsey Road |
| Albany, NY 12203 | Pittsford, NY  14534 |
| (518) 918-6102 | (585) 419-8800 |
| dfallon@fallonlawoffice.com | dmoore@harrisbeach.com |

**SO ORDERED:**      November 4, 2020

_/s/ Daniel J. Stewart_
Daniel J. Stewart
U.S. Magistrate Judge

Hon. Daniel J. Stewart
U.S. Magistrate Judge