UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

NORMAN CALDWELL,

                        *Plaintiff*,

        v.

SDH EDUCATION WEST, LLC

                        *Defendant*.

_____

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Civil No.:  20-cv-1274 (GLS/DJS)

Defendant SDH Education West, LLC, for its statement pursuant to Federal Rule of Civil Procedure 7.1, state as follows:

1.      Defendant SDH Education West, LLC's parent company is Sodexo America, LLC, a wholly owned subsidiary of Sodexo Management, Inc.;

2.      Sodexo Management, Inc. is a wholly owned subsidiary of Sodexo Operations, LLC;

3.      Sodexo Operations, LLC is a wholly owned subsidiary of Defendant Sodexo, Inc.

4.      Defendant Sodexo, Inc. is a wholly owned subsidiary of Sodexo, S.A.

5.      Sodexo, S.A., is a publicly held societe anonyme of the Republic of France, and indirectly owns a 10% or larger interest in SDH Services West, LLC and Sodexo, Inc.

Dated: December 21, 2020
Pittsford, New York

HARRIS BEACH PLLC

  s/Daniel J. Moore
_____
Daniel J. Moore
*Attorneys for Defendant*
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800
E-mail: dmoore@harrisbeach.com